AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### Southern District of Ohio

## JUDGMENT IN A CIVIL CASE

**Mark Applegarth,**

    **Plaintiff,**

        **v.**          **Case Number: 2:07-cv-1207**
                                **Judge Smith**

**Warden, North Central Correctional Inst.,**    **Magistrate Judge Abel**

    **Defendant.**

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X ]   **Decision by Court.** This action was decided by the Court without a trial or hearing.

    **IT IS ORDERED AND ADJUDGED**

    Pursuant to and Order dated September 23, 2008, the Report and Recommendation is ADOPTED and AFFIRMED. This action is DISMISSED>

| | |
|---|---|
| **September 23, 2008** | **s/JAMES BONINI** |
| **Date** | **Clerk** |
| | |
| | **s/Lisa V. Wright** |
| | **(By) Deputy Clerk** |